**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| In re: | Chapter 11 |
| CORENERGY INFRASTRUCTURE TRUST, INC. | Case No. 24-40236-can11 |
| Debtor.[1] | |

## VERIFIED STATEMENT PURSUANT TO BANKRUPTCY RULE 2019

In connection with the cases of the above-captioned debtor and debtor in possession (the "**Debtor**" or "**CorEnergy**"), Pachulski Stang Ziehl & Jones LLP ("**PSZJ**") and Polsinelli PC ("**Polsinelli**", and together with PSZJ, "**Counsel**") hereby submit the following verified statement (this "**Verified Statement**") pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") in connection with Counsel's representation of an ad hoc group (the "**Ad Hoc Preferred Equity Committee**") formed by certain beneficial holders of the Debtor's 7.375% Series A Cumulative Redeemable Preferred Stock (the "**Preferred Equity**").

1.      On or around February 26, 2024, the Ad Hoc Preferred Equity Committee retained PSZJ to represent them in connection with the Debtor's chapter 11 case (the "**Chapter 11 Case**"). PSZJ subsequently arranged for the Ad Hoc Preferred Equity Committee to engage Polsinelli as its local counsel.

2.      From time to time, certain additional members have joined the Ad Hoc Preferred Equity Committee.  As of the date of this Verified Statement, Counsel represents the holders of

---

[1]  The Debtor's address is 1100 Walnut, Ste. 3350, Kansas City, MO 64106.  The last four digits of the Debtor's taxpayer identification number are 1375.

Preferred Equity set forth on **Exhibit A** hereto, who in the aggregate hold approximately 6% of the Preferred Equity.[2]

3.      As of the date of this Verified Statement, Counsel represents only the Ad Hoc Preferred Equity Committee and does not represent or purport to represent any other person or entity other than the Ad Hoc Preferred Equity Committee in connection with the Chapter 11 Case. In addition, neither the Ad Hoc Preferred Equity Committee nor any member of the Ad Hoc Preferred Equity Committee represents or purports to represent any other person or entity in connection with this Chapter 11 Case.

4.      The members of the Ad Hoc Preferred Equity Committee have indicated to Counsel that they hold "disclosable economic interests" (as defined in Bankruptcy Rule 2019(a)(1)) in relation to the Debtor. In accordance with Bankruptcy Rule 2019 and based upon information provided to Counsel by each member of the Ad Hoc Preferred Equity Committee,[3] attached hereto as **Exhibit A**[4] is a list of the names, addresses, nature, and amount of all disclosable economic interests of each present member of the Ad Hoc Preferred Equity Committee in relation to the Debtor that each such member of the Ad Hoc Preferred Equity Committee holders as of the date hereof.[5]

---

[2]  As set forth in **Exhibit A**, the members of the Ad Hoc Preferred Equity Committee are the beneficial holders of 311,751 depository shares of the 5,181,000 outstanding depository shares of Preferred Equity.

[3]  No member of the Ad Hoc Preferred Equity Committee assumes any fiduciary or other duties to any other member or to any other entity or individual.

[4]  The information contained in **Exhibit A** is based upon information provided by the members of the Ad Hoc Preferred Equity Committee to Counsel and is subject to change. Counsel does not make any representations regarding the validity, amount, allowance, or priority of such interest, and reserves all rights with respect thereto.

[5]  The amounts set forth on **Exhibit A** for each member of the Ad Hoc Preferred Equity Committee reflect amounts and/or units held as of the date hereof. Certain members of the Ad Hoc Preferred Equity Committee also hold: (i) common stock issued by CorEnergy ("**Common Stock**") and/or (ii) 5.875% unsecured convertible notes issued by the CorEnergy ("**Convertible Notes**").

5.    The information contained in this Verified Statement and **Exhibit A** hereto is provided only to comply with Bankruptcy Rule 2019.  Nothing contained in this Verified Statement or **Exhibit A** hereto shall be construed as: (i) a limitation upon, or waiver of, any rights of any member of the Ad Hoc Preferred Equity Committee, including, without limitation, the right to assert, file, and/or amend any claims, proof of claim, or proof of interest in accordance with any applicable law or any orders entered in this Chapter 11 Case; or (ii) an admission or waiver with respect to any fact or legal theory.

6.    Counsel reserves the right to amend or supplement this Verified Statement in accordance with the requirements set forth in Bankruptcy Rule 2019.

Dated:  March 12, 2024

*/s/  Andrew J. Nazar*

Andrew J. Nazar (MO #57928)
Michael Riedl (MO #75731)
POLSINELLI PC
900 W. 48th Place
Suite 900
Kansas City, Missouri 64112
Tel:    (816) 753-1000
Fax:    (816) 753-1536
Email: ANazar@Polsinelli.com
        MRiedl@Polsinelli.com

Robert J. Feinstein (*pro hac vice pending*)
Bradford J. Sandler (*pro hac vice pending*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017-2024
Tel:    (212) 561-7700
Fax:    (212) 561-7777
Email: rfeinstein@pszjlaw.com
        bsandler@pszjlaw.com

-and-

Theodore S. Heckel (*pro hac vice pending*)
PACHULSKI STANG ZIEHL & JONES LLP
700 Louisiana Street, Suite 4500
Houston, Texas 77002
Tel:    (713) 691-9385
Fax:    (713) 691-9407
Email: theckel@pszjlaw.com

*Attorneys for the Ad Hoc Preferred Equity Committee*

**<u>Exhibit A</u>**[1]

| Name | Address | Nature and Amount of Disclosable Economic Interests |
|---|---|---|
| Kevin Barnes | 4030 S. Whitehorse Rd, #408 Malvern, PA 19432 | Preferred Equity: 100,000 |
| Alex Keoleian | 6901 Stoneridge Dr North Richland Hills, TX 76182 | Preferred Equity: 56,493 Common Stock: 45,000 Convertible Notes: $50,000 |
| Adam Gui | 1750 W Ogden #4106 Naperville, IL 60540 | Preferred Equity: 17,228 |
| Michael Scholten | 3908 Courtshire Drive Dallas, TX 75229 | Preferred Equity: 95,730 Convertible Notes: $50,000 |
| Ronald C. Murphree | 3236 Great Meadows Drive Knoxville, TN 37920 | Preferred Equity: 31,000 |
| Richard Murphree | 810 Battle Road Nolensville, TN 37145 | Preferred Equity: 11,300 |

---

[1] To the best of Counsel's knowledge, the information included herein is accurate as of the date hereof. Counsel reserves the right to amend or modify this **<u>Exhibit A</u>** to the Verified Statement. Capitalized terms used in the table below shall have the meanings ascribed to such terms in the Verified Statement. For the avoidance of doubt, the amounts of (i) Preferred Equity and Common Stock are listed in units held and (ii) Convertible Notes reflect the face amount of such Convertible Notes and do not include any accrued and unpaid interest.